1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  CALVIN WRIGHT                                    **CASE NO. 06cv2313-BEN (POR)**

12                                   Petitioner,     **ORDER ADOPTING REPORT**
                vs.                                 **AND RECOMMENDATION**
13  DON TAYLOR, WARDEN,

14                                   Respondent.

15

16      This is a Petition for Writ of Habeas Corpus.  Respondent has moved to dismiss the

17  Petition on the grounds of non-exhaustion of state remedies  On July 9, 2007, Magistrate Judge

18  Louisa S. Porter issued a Report and Recommendation recommending that the motion to dismiss

19  be denied.  No objections have been filed.  For the reasons stated below, the Court adopts the well-

20  reasoned Report and Recommendation of the Magistrate Judge, denies Respondent's Motion to

21  Dismiss and directs Respondent to file an Answer and show cause why the writ should not be

22  granted.

23      A district judge "may accept, reject, or modify the recommended decision" of a Magistrate

24  Judge on a dispositive matter.  F.R.C.P. 72(b); *see also* 28 U.S.C. §636(b)(1).  Moreover, "the

25  court shall make a *de novo* determination of those portions of the [report and recommendation] to

26  which objection is made."  *Id.*  "The statute makes it clear that the district judge must review the

27  magistrate judge's findings and recommendations de novo *if objection is made*, but not

28  otherwise....Neither the Constitution nor the statute requires a district judge to review, de novo,

1  findings and recommendations that the parties themselves accept as correct." *U.S. v. Reyna-Tapia*,

2  328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert denied*, 157 L.Ed.2d 182 (2003)(emphasis in

3  original).

4    In the Report and Recommendation, the Magistrate Judge correctly considered the

5  Petitioner's efforts to exhaust his state remedies and determined that all of the issues were

6  exhausted.  This Court adopts in full the Report and Recommendation.

7    Respondent's Motion to Dismiss is Denied. Respondent is directed to file an Answer and

8  shoe cause why the writ should not be granted and to do so **no later than October 22, 2007.**

9    IT IS SO ORDERED.

10

11

DATED:  September 14, 2007

12

13  _____

14  Hon. Roger T. Benitez
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28